**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL CASE NO. 22-71-DLB-CJS**

**ALFRED WERMAN**                                                                       **PLAINTIFF**

**v.**                                  **<u>JUDGMENT</u>**

**H. JOYNER, ET AL.**                                                    **DEFENDANTS**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)    Plaintiff's Complaint (Doc. # 1) is **dismissed without prejudice**;

(2)    This is a final and appealable order; and

(3)    This matter is stricken from the Court's active docket.

This 28th day of August, 2023.

Signed By:
*David L. Bunning* DB
United States District Judge